Bert B. Tucker, appellee, v. Brady-Waxenberg Company, appellant. Gen. No. 8,304.

Heard in this court at the October term, 1930. Opinion filed February 17, 1931.

Murphy O. Tate, for appellant; Leo M. Tarpey, of counsel. James F. Murphy, for appellee.

Mr. Justice Boggs delivered the opinion of the court.

Freeman Coleman, by his father and next friend, Earl Coleman, appellee, v. Rockford Public Service Company, appellant. Gen. No. 8,247.

Heard in this court at the October term, 1930. Opinion filed March 5, 1931.

Hall & Dusher, for appellant. North, Linscott, Gibboney & North and J. G. Fillmore, for appellee.

Mr. Justice Jones delivered the opinion of the court.

Harry H. Baldwin for the use of Charles F. Ward, appellee, v. William W. Hixson and Stella G. Hall, appellants. Gen. No. 8,290.

Heard in this court at the October term, 1930. Opinion filed March 17, 1931.

North, Linscott, Gibboney & North, for appellants. Hall & Dusher, for appellee.

Mr. Presiding Justice Jett delivered the opinion of the court.

Fred Ehrenhart, appellee, v. Fred McGuire, appellant. Gen. No. 8,226.

Heard in this court at the May term, 1930. Opinion filed March 17, 1931.

Hunt & Pierson, for appellant. R. D. Robinson, for appellee.

Mr. Justice Boggs delivered the opinion of the court.

John P. McConnell, appellant, v. Harry O. Chambers et al., appellees. Gen. No. 8,305.

Heard in this court at the October term, 1930. Opinion filed March 25, 1931.

Hunt & Pierson, for appellant. R. C. Rice, for appellees.

Mr. Presiding Justice Jett delivered the opinion of the court.